UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL INTERNSHIP PROGRAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JANET NAPOLITANO, *et al.*, )<br>)<br>Defendants. ) | Civil Case No. 10-1234 (RJL) |

ORDER
(March 28, 2012)

For the reasons set forth in the Memorandum Opinion entered this 28 day of March 2012, it is hereby

**ORDERED** that defendants' Partial Motion to Dismiss and Partial Motion for Summary Judgment [Dkt. #33] is **GRANTED**; and it is further

**ORDERED** that plaintiff's Motion for Summary Judgment [Dkt. #37] is **DENIED**; and it is further

**ORDERED** that Counts I through IV in plaintiff's Second Amended Complaint [Dkt. #9] are dismissed with prejudice for lack of subject-matter jurisdiction; it is further

**ORDERED** that Counts V and VI in plaintiff's Second Amended Complaint [Dkt. #9] are dismissed without prejudice for failure to state a claim for relief.

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge

1