# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL INTERNSHIP
PROGRAMS,                                    )
                                             )
          Plaintiff,                         )
                                             )    Civil Case No. 10-1234 (RJL)
     v.                                      )
                                             )
JANET NAPOLITANO, *et al.*,                  )
                                             )
          Defendants.                        )

## ORDER
### (March 28 2012)

For the reasons set forth in the Memorandum Opinion entered this 28 day of March 2012, it is hereby

**ORDERED** that defendants' Partial Motion to Dismiss and Partial Motion for Summary Judgment [Dkt. #33] is **GRANTED**; and it is further

**ORDERED** that plaintiff's Motion for Summary Judgment [Dkt. #37] is **DENIED**; and it is further

**ORDERED** that Counts I through IV in plaintiff's Second Amended Complaint [Dkt. #9] are dismissed with prejudice for lack of subject-matter jurisdiction; it is further

**ORDERED** that Counts V and VI in plaintiff's Second Amended Complaint [Dkt. #9] are dismissed without prejudice for failure to state a claim for relief.

**SO ORDERED**.

_____
RICHARD J. LEON
United States District Judge

1